# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

SHARON N.[1],                          Case No. 2:23-cv-01312
                                                     Bowman, M.J.

       Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion to Remand to the Commissioner (doc. 10). Having reviewed this matter, the Court finds the motion well taken, and accordingly, **GRANTS** the motion.

Accordingly, it is hereby **ORDERED** that the prior non-disability finding of the Commissioner of Social Security is hereby **VACATED** and this matter **REMANDED** to the Commissioner of Social Security pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

The Clerk of Court is hereby **DIRECTED** to enter judgment in this matter pursuant to Fed. R. Civ. P. 58(b).

**SO ORDERED**.

    _s/Stephanie K. Bowman_
Stephanie K. Bowman
United States Magistrate Judge