# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**Sharon Nolen,**

    **Plaintiff,**

**-vs-**                                                                             Case No.  2:23-cv-1312

**Commissioner of Social Security,**

    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**[ ]**       **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

ORDER granting 10 Motion to Remand - It is hereby ORDERED that the prior non-disability finding of the Commissioner of Social Security is hereby VACATED and this matter REMANDED to the Commissioner of Social Security pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Date:  October 10, 2023                                      Richard W. Nagel, CLERK

                                                                            By: s/ K. Heuer_____

                                                                                    Deputy Clerk